# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2016

*The Court of Appeals hereby passes the following order*

**A16I0249. FIRST CITIZENS BANK & TRUST COMPANY v. RYAN CHARLES ANDRE CARREE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

15A437



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 04, 2016.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*